1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROYALTON McCAMEY,

11                  Plaintiff,                    No.  2:12-cv-0362 JAM GGH P

12          vs.

13  CALIFORNIA DEPARTMENT OF
    CORRECTIONS, et al.,

14
                    Defendants.              ORDER
15  _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17  seeks relief pursuant to 42 U.S.C. § 1983.

18          On June 7, 2012, the court ordered the United States Marshal to serve the

19  complaint on defendants.  Process directed to defendant Dr. Churby was returned unserved

20  because "no employee by that name."  Plaintiff must provide additional information to serve this

21  defendant.  Plaintiff shall promptly seek such information through discovery, the California

22  Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If

23  access to the required information is denied or unreasonably delayed, plaintiff may seek judicial

24  intervention.

25  /////

26  /////

                                        1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 forms,

3    along with an instruction sheet and a copy of the complaint filed February 13, 2012;

4        2.  Within sixty days from the date of this order, plaintiff shall complete and

5    submit the attached Notice of Submission of Documents to the court, with the following

6    documents:

7            a.  One completed USM-285 form for defendant Dr. Churby ;

8            b.  Two copies of the endorsed complaint filed February 13, 2012; and

9            c.  One completed summons form (if not previously provided)

10   or show good cause why he cannot provide such information.

11   DATED: September 24, 2012

12
                              /s/ Gregory G. Hollows
13                     UNITED STATES MAGISTRATE JUDGE

14
     GGH:mp
15   mcca0362.8e

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROYALTON McCAMEY,

11           Plaintiff,                    No.  2:12-cv-0362 JAM GGH P

12       vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,                  NOTICE OF SUBMISSION

14
             Defendants.                   OF DOCUMENTS
15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18           _____        completed summons form

19           ___1___       completed USM-285 forms

20           ___2___       copies of the February 13, 2012
                                          Complaint
21   DATED:

22

23                                        _____
                                          Plaintiff
24

25

26