IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYALTON McCAMEY,

       Plaintiff,                  No. 2:12-cv-0362 JAM GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.         <u>ORDER</u>

        /

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On June 7, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Dr. Churby was returned unserved because "no employee by that name." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the complaint filed February 13, 2012;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Dr. Churby ;

    b. Two copies of the endorsed complaint filed February 13, 2012; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: September 24, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:mp
mcca0362.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYALTON McCAMEY,

      Plaintiff,　　　　　　　　　　No. 2:12-cv-0362 JAM GGH P

  vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,　　　　　　　　　<u>NOTICE OF SUBMISSION</u>

      Defendants.　　　　　　　　　　<u>OF DOCUMENTS</u>
_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____  completed summons form

     ___1___  completed USM-285 forms

     ___2___  copies of the <u>February 13, 2012</u>
                            <u>Complaint</u>

DATED:

                                           _____
                                               Plaintiff