IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYALTON McCAMEY,

    Plaintiff,                    No. 2:12-cv-0362 JAM GGH P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.        ORDER

                            /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed September 25, 2012, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form and copies of his complaint which are required to effect service on defendant Churby. On October 4, 2012, plaintiff submitted the USM-285 form; however, plaintiff appears to have erroneously provided his own address for that of defendant Churby. Plaintiff also failed to file the copies of the February 13, 2012 complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed February 13, 2012; and

/////

1

2.  Within thirty days, plaintiff shall submit to the court the properly completed USM-285 forms and two copies of the February 13, 2012 complaint to effect service. Failure to return the USM-285 form and copies of the complaint within the specified time period will result in a recommendation that this defendant be dismissed.

DATED: October 25, 2012

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

GGH:kly
mcca0362.8f