IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYALTON McCAMEY,

     Plaintiff,                No. 2:12-cv-0362 JAM AC P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

     Defendants.         ORDER

_____/

        Plaintiff filed this action as a state prisoner proceeding pro se seeking relief pursuant to 42 U.S.C. § 1983. Two of the court's recent orders (ECF Nos. 36 and 37) were returned to this court on January 14, 2013. In the order at ECF No. 36, defendants were directed to re-serve their pending motions to dismiss (ECF Nos. 14 and 31) upon plaintiff at his latest known address. That address, as reflected in the docket of another case, <u>McCamey v. Furmer</u>, Case No. 2:10-2553 KJM CMK P, was the Yolo County Jail. Now that order (ECF No. 36), inter alia, has been returned and marked as "undeliverable" because plaintiff is "not in custody." Plaintiff's most recent address change was docketed in Case No. 2:10-2553 KJM CMK P but not in this case. A single notice of change of address had been filed, indicating both case numbers.

1

1  Plaintiff is advised in the future to file separate change of address notices in each of his pending
2  cases.

3        It appears that plaintiff has not received the court's orders in this case that were
4  filed on January 4, 2013 (ECF No. 36) and January 7, 2013 (ECF No. 37), despite his attempt to
5  notify the court of his change of address. In light of the returned orders, the court will once
6  again and for the final time require defendants to re-serve their pending motions (ECF Nos. 14
7  and 31), this time upon plaintiff's residential address in Dixon, California. Proof of re-service
8  must be filed in this court within five days. Upon this additional re-service of the motions,
9  plaintiff will be required to file any opposition within twenty-eight days, after which defendants
10 will have seven days to file any reply.

11       Accordingly, IT IS ORDERED that:

12       1. Defendants must re-serve their pending motions to dismiss, originally filed on
13 August 10, 2012 (ECF No. 14), and on November 20, 2012 (ECF No. 31), upon plaintiff and file
14 proof of such re-service, within five days of the date of service of this order. The motions must
15 be re-served upon plaintiff's residential address in Dixon, California, now noted in the docket of
16 this case.

17       2. Upon re-service of defendants' motions to dismiss, plaintiff will have twenty-
18 eight days to file his opposition(s) to the motions, after which defendants will have seven days to
19 file any reply.

20       3. In addition to serving plaintiff with this order at his Dixon residential address,
21 the Clerk of the Court is also directed to re-serve, as a courtesy, the returned court orders (ECF
22 ////
23 ////
24 ////
25 ////
26 ////

Nos. 36 and 37) upon plaintiff at his Dixon address.

DATED: February 25, 2013.

                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE

AC:009
mcca0362.ord3

3