IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYALTON McCAMEY,

      Plaintiff,               No. 2:12-cv-0362 JAM AC P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.          ORDER

                              /

      Plaintiff filed this action as a state prisoner proceeding pro se seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has moved for voluntary dismissal of defendant Dr. Lipson from this case. Defendant Lipson has not filed an answer or a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), defendant Dr. Lipson is dismissed.

      Accordingly, IT IS ORDERED that:

      1. Pursuant to plaintiff's request at ECF No. 41, the Clerk of Court shall note in the case docket that defendant Lipson has been voluntarily dismissed pursuant to Rule 41(a)(1)(A)(I);

      2. Defendant Lipson's motion to dismiss (ECF No. 14) is vacated from the court's calendar as moot;

1

1  3. Proceedings continue as to the motion to dismiss (ECF No. 31) filed on behalf of defendants Malet and Awatami; in accordance with the court's order (ECF No. 39) and defendants' (second) re-service at ECF No. 40, plaintiff has until March 26, 2013 to file his opposition, after which defendants have seven days to file a reply.

DATED: March 7, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
mcca0362.ord4